UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
KOGOS, CANDACE L.                   §    Case No. 10-00764
                                    §
           Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK, U.S. BANKRUPTCY COURT
        7th Floor, Federal Building
        219 South Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/16/2012 in Courtroom 4016,

        DuPage County Courthouse
        505 North County Farm Road
        Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
KOGOS, CANDACE L. § Case No. 10-00764
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 113.06 |
| leaving a balance on hand of[1] | $ | 9,886.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 4,670.50 | $ 0.00 | $ 4,670.50 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,670.50 |
| Remaining Balance | $ | 3,216.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,020.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Alliance Clinical Assoc s | $ 2,685.00 | $ 0.00 | $ 210.53 |
| 2 | Paul Kogos | $ 600.00 | $ 0.00 | $ 47.05 |
| 3 | Jaimie Kogos | $ 16,247.67 | $ 0.00 | $ 1,273.98 |
| 4 | Gus Stamas | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | DICKINSON FINANCIAL, LLC AS | $ 12,638.85 | $ 0.00 | $ 991.01 |
| 6 | US Dept Of Education | $ 5,849.28 | $ 0.00 | $ 458.64 |
| 8 | Joey Caruso | $ 3,000.00 | $ 0.00 | $ 235.23 |

Total to be paid to timely general unsecured creditors    $ 3,216.44
Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-00764-DRC
Candace L. Kogos                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: tmaurer              Page 1 of 3             Date Rcvd: Oct 12, 2012
                               Form ID: pdf006           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
```
db          #+Candace L. Kogos,    1494 W. Jefferson Avenue,    Naperville, IL 60540-5083
14943443     +ACL Laboratories,    P O Box 27901,    Milwaukee WI 53227-0901
14943444     +Advocate Health Care,    Good Samaritan Hospital,    3815 Highland Avenue,
               Downers Grove IL 60515-1590
14943445     +Aes/wachovia,    P O Box 2461,    Harrisburg PA 17105-2461
14943446     +Alliance Clinical Assoc s,    7 Blanchard Circle,    Suite 201,    Wheaton IL 60189-2039
14943449      BP/Amoco,    The Credit Card Center,    P O Box 9014,    Des Moines IA 50368
14943448     +Blatt Hasenmiller et al,    125 South Wacker Dr #400,    Chicago IL 60606-4440
14943450    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    P O Box 85520,    Richmond VA 23285)
14943451     +Carson Pirie Scott,    140 Industrial Drive,    Elmhurst IL 60126-1602
14943453     +Central DuPage Hospital,    25 North Winfield Road,    Winfield IL 60190-1295
14943454     +Comcast,    c/o Credit Protection Assoc s,    13355 Noel Road Ste 2100,    Dallas TX 75240-6837
14943455     +Credit Management LP,    4200 International Parkway,    Carrollton TX 75007-1912
16846736     +DICKINSON FINANCIAL, LLC AS,    SUCCESSOR IN INTEREST TO US BANK,    C/O MESSERLI & KRAMER, PA,
               3033 CAMPUS DR, STE 250,    PLYMOUTH, MN 55441-2662
14943456     #+Dennis S Asensio MD Ltd,    2765 Maple Avenue,    Lisle IL 60532-3280
14943457     +Dr Alan Villanueva DMD,    7546 N Janes Avenue,    Woodridge IL 60517-2926
14943458     +Edward Hospital,    801 S Washington,    Naperville IL 60540-7499
14943459     +Edward Hospital & Health Servi,    801 South Washington Street,    Naperville IL 60540-7499
14943461     +Elmhurst Radiologist,    P O Box 1035,    Bedford Park IL 60499-1035
14943463     +Good Samaritan Hospital,    P O Box 93548,    Chicago IL 60673-3548
14943464     +Gus Stamas,    45 Westwood Ct,    La Grange IL 60525-4411
14943465      Harris Bank,    111 E Monroe Street,    Chicago IL 60603
14943466     +ILLINOIS COLLECTION SE,    8231 185TH ST STE 100,    TINLEY PARK IL 60487-9356
14943467     +Illinois Collection Sercvice,    8231 185th Street,    Suite 100,    Tinley Park IL 60487-9356
14943468      Illinois Collection Serv Inc,    P O Box 1010,    Tinley Park IL 60477-9110
14943469     +Jaimie Kogos,    40W770 Stoneridge Court,    Elgin IL 60124-8175
14943470     +James Schelli Jr,    1730 Park Street Suite 220,    Naperville IL 60563-2615
14943471     +Joey Caruso,    1636 Berwyn Avenue,    Chicago IL 60640-2006
16960501     +Joseph D and Constance L Caruso,    c/o Charles S Stahl Jr,    Swanson Martin & Bell LLP,
               2525 Cabot Dr #204,    Lisle IL 60532-3628
14943442     +Keynote Counseling Inc,    220 W Campus Drive #102,    Arlington Height IL 60004-1498
14943476     +Linden Oaks Hospital,    852 South West Street,    Naperville IL 60540-6400
14943477      M W S,    c/o Illinois Collection Serv s,    Tinley Park IL 60487
14943479     +MERCHANTS CR,    223 W JACKSON ST SUITE 900,    CHICAGO IL 60606-6912
14943481     +MERCHANTS CREDIT GUIDE,    223 W JACKSON BLVD STE 4,    CHICAGO IL 60606-6908
14943480     +Merchants Credit,    223 W Jackson Blvd,    Chicago IL 60606-6908
14943488     +Paragon Wat,    2101 West Ben Whit,    Austin TX 78704-7516
14943489     +Paul Kogos,    c/o Jaimie Kogos,    40W770 Stoneridge Court,    Elgin IL 60124-8175
14943490     +Riverside P & C Assoc s,    1341 Warren Avenue,    Suite B,    Downers Grove IL 60515-3437
14943491     +Sears/cbsd,    P O Box 6189,    Sioux Falls SD 57117-6189
14943492      Shell/citi,    P O Box 15687,    Wilmington DE 19850
14943493     +Transworld Systems Inc,    1375 East Woodfield Road,    Suite 110,    Schaumburg IL 60173-5423
14943494    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    c/o US Bancorp Service Center,    P O Box 6340,
               Fargo ND 58125)
14943495     +US Dept Of Education,    P O Box 5609,    Greenville TX 75403-5609
14943496     +William Kogos,    1101 Iroquois,    Naperville IL 60563-9370
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14943460     +E-mail/Text: RDEVRIE@EMHC.ORG Oct 13 2012 00:29:41     Elmhurst Memorial Hospital,
               P O Box 92348,    Chicago IL 60675-2348
14943462     +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2012 00:36:31      Gemb/jcp,    P O Box 981402,
               El Paso TX 79998-1402
14943474     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2012 00:27:22      Kohl's,    Law Department,
               N56 W17000 Ridgewood Drive,    Menomonee Falls WI 53051-5660
14943475     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2012 00:27:23      Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls WI 53051-7096
14943485     +Fax: 847-227-2151 Oct 13 2012 02:06:24     MRSI,    2250 E DEVON AVE STE 352,
               DES PLAINES IL 60018-4521
14943478      Fax: 847-227-2151 Oct 13 2012 02:06:24     Medical Recovery Specialists,    2250 E Devon Ave,
               Suite 352,    Des Plaines IL 60018-4519
14943483      E-mail/Text: mmrgbk@miramedrg.com Oct 13 2012 00:32:40     MiraMed Revenue Group LLC,
               P O Box 536,    Linden MI 48451-0536
14943484     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 13 2012 00:32:11      Mr William Neary,
               219 South Dearborn Street,    Room 873,    Chicago IL 60604-2027
14943486     +E-mail/Text: bankrup@nicor.com Oct 13 2012 00:26:40     Nicor Gas,    1844 Ferry Road,
               Naperville IL 60563-9600
14943487     +E-mail/Text: clientservices@northwestcollectors.com Oct 13 2012 00:31:15      Northwest Collectors,
               3601 Algonquin,    Rolling Meadows IL 60008-3143
                                                                                               TOTAL: 10
```

```
District/off: 0752-1          User: tmaurer              Page 2 of 3            Date Rcvd: Oct 12, 2012
                              Form ID: pdf006            Total Noticed: 53

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14943473*    +Candace L Kogos,    1494 W Jefferson Avenue,    Naperville IL 60540-5083
16729062*    +Jaimie Kogos,    40W770 Stoneridge Court,    Elgin, IL 60124-8175
14943447    ##+Best Buy,    P O Box 15521,    Wilmington DE 19850-5521
14943452    ##+Carson Pirie Scott,    P O Box 5953,    Carol Stream IL 60197-5953
14943482    ##+Midwest Heart Specialist,    1919 S Highland Avenue,    Suite 118-C,    Lombard IL 60148-6231
                                                                                   TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                  **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                  Date Rcvd: Oct 12, 2012
                              Form ID: pdf006            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2012 at the address(es) listed below:

```
          Charles S. Stahl, Jr.    on behalf of Defendant Constance Caruso cstahl@smbtrials.com
          David R Brown     on behalf of Trustee David Brown dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David R Brown    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          James   Schelli    on behalf of Debtor Candace Kogos jschelli@wslaw1.com
          Joshua D Greene    on behalf of Plaintiff David Brown jgreene@springerbrown.com,
           sellis@springerbrown.com
          Michele M Springer    on behalf of Trustee David Brown mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```