UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
                                              §
CANDACE L. KOGOS                              §         Case No. 10-00764
                                              §
                                              §
           Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on           . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____    By:/s/DAVID R. BROWN_____
   Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| U. S. BANKRUPTCY COURT CLERK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 ACL Laboratories P.O. Box 27901 Milwaukee WI 53227 | | | | | |
| | Creditor # : 10 Charter One Visa Need address | | | | | |
| | Creditor # : 11 Comcast c/o Credit Protection Assoc.s 13355 Noel Road Ste. 2100 Dallas TX 75240 | | | | | |
| | Creditor # : 12 Dennis S. Asensio, MD Ltd. 2765 Maple Avenue Lisle IL 60532 | | | | | |
| | Creditor # : 13 Dr. Alan Villanueva DMD 7546 N Janes Avenue Woodridge IL 60517 | | | | | |
| | Creditor # : 14 Edward Hospital 801 S. Washington Naperville IL 60540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 15 Edward Hospital & Health Servi 801 South Washington Street Naperville IL 60540 | | | | | |
| | Creditor # : 16 Edward Hospital & Health Servi 801 South Washington Street Naperville IL 60540 | | | | | |
| | Creditor # : 17 Elmhurst Memorial Hospital P.O. Box 92348 Chicago IL 60675 | | | | | |
| | Creditor # : 18 Elmhurst Radiologist P.O. Box 1035 Bedford Park IL 60499 | | | | | |
| | Creditor # : 19 Gemb/jcp P.O. Box 981402 El Paso TX 79998 | | | | | |
| | Creditor # : 2 Advocate Health Care Good Samaritan Hospital 3815 Highland Avenue Downers Grove IL 60515 | | | | | |
| | Creditor # : 20 Good Samaritan Hospital P.O. Box 93548 Chicago IL 60673 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 21 Gus Stamas 45 Westwood Ct La Grange IL 60525 | | | | | |
| | Creditor # : 22 Harris Bank 111 E. Monroe Street Chicago IL 60603 | | | | | |
| | Creditor # : 23 Jaimie Kogos 40W770 Stoneridge Court Elgin IL 60123 | | | | | |
| | Creditor # : 24 Joey Caruso 1636 Berwyn Avenue Chicago IL 60640 | | | | | |
| | Creditor # : 25 Joseph & Connie Caruso 495 Park Manor Court Elmhurst IL 60126 | | | | | |
| | Creditor # : 26 Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | Creditor # : 27 Linden Oaks Hospital 852 South West Street Naperville IL 60540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 28 M W S c/o Illinois Collection Serv.s Tinley Park IL 60487 | | | | | |
| | Creditor # : 29 Midwest Heart Specialist 1919 S. Highland Avenue Suite 118-C Lombard IL 60148 | | | | | |
| | Creditor # : 3 Aes/wachovia P.O. Box 2461 Harrisburg PA 17105 | | | | | |
| | Creditor # : 30 Nicor Gas 1844 Ferry Road Naperville IL 60563 | | | | | |
| | Creditor # : 31 Paul Kogos c/o Jamie Kogos 40W770 Stoneridge Court Elgin IL 60123 | | | | | |
| | Creditor # : 32 Riverside P & C Assoc.s 1341 Warren Avenue Suite B Downers Grove IL 60515 | | | | | |
| | Creditor # : 33 Sears/cbsd P.O. Box 6189 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 34 Shell/citi P.O. Box 15687 Wilmington DE 19850 | | | | | |
| | Creditor # : 35 US Bank c/o US Bancorp Service Center P.O. Box 6340 Fargo ND 58125 | | | | | |
| | Creditor # : 36 US Dept Of Education P.O. Box 5609 Greenville TX 75403 | | | | | |
| | Creditor # : 4 Alliance Clinical Assoc.s 7 Blanchard Circle Suite 201 Wheaton IL 60187 | | | | | |
| | Creditor # : 5 Best Buy P.O. Box 15521 Wilmington DE 19850 | | | | | |
| | Creditor # : 6 BP/Amoco The Credit Card Center P.O. Box 9014 Des Moines IA 50368 | | | | | |
| | Creditor # : 7 Capital One P.O. Box 85520 Richmond VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 8 Carson Pirie Scott 140 Industrial Drive Elmhurst IL 60126 | | | | | |
| | Creditor # : 9 Central DuPage Hospital 25 North Winfield Road Winfield IL 60190 | | | | | |
| | Representing: Advocate Health Care | | | | | |
| | Representing: Alliance Clinical Assoc.s | | | | | |
| | Representing: Capital One | | | | | |
| | Representing: Carson Pirie Scott | | | | | |
| | Representing: Comcast | | | | | |
| | Representing: Edward Hospital | | | | | |
| | Representing: Edward Hospital & Health Servi | | | | | |
| | Representing: Elmhurst Memorial Hospital | | | | | |
| | Representing: Elmhurst Radiologist | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Gemb/jcp | | | | | |
| | Representing: Good Samaritan Hospital | | | | | |
| | Representing: Good Samaritan Hospital | | | | | |
| | Representing: Kohls/Chase | | | | | |
| | Representing: Linden Oaks Hospital | | | | | |
| | Representing: M W S | | | | | |
| | Representing: Midwest Heart Specialist | | | | | |
| | Representing: Riverside P & C Assoc.s | | | | | |
| 1 | ALLIANCE CLINICAL ASSOC S | | | | | |
| 5 | DICKINSON FINANCIAL, LLC AS | | | | | |
| 4 | GUS STAMAS | | | | | |
| 3 | JAIMIE KOGOS | | | | | |
| 8 | JOEY CARUSO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PAUL KOGOS | | | | | |
| 6 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-00764 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CANDACE L. KOGOS | | | | Date Filed (f) or Converted (c): | 01/11/2010 (f) |
| | | | | | 341(a) Meeting Date: | 02/16/2010 |
| For Period Ending: | 01/20/2014 | | | | Claims Bar Date: | 03/15/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand Location: In debtor's possession | 20.00 | 20.00 | | 0.00 | FA |
| 2. Proceeds from sale of home kept in a segregated ac | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 3. Checking account with Harris Bank Location: In deb | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4. Misc. household goods and furnishings and paino Lo | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5. Necessary wearing apparel Location: In debtor's po | 600.00 | 600.00 | | 0.00 | FA |
| 6. Engagement ring, two diamond rings and misc. cost | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 7. 401(k) plan with Edward Jones Location: In debtor' | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 8. 401(k) plan with employer Location: In debtor's po | 800.00 | 800.00 | | 0.00 | FA |
| 9. Preference Litigation (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $31,720.00     $31,720.00     $10,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report in preparation.

Initial Projected Date of Final Report (TFR): 09/15/2011     Current Projected Date of Final Report (TFR): 12/15/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-00764  
Case Name: CANDACE L. KOGOS  
Taxpayer ID No: XX-XXX7744  
For Period Ending: 01/20/2014  

Trustee Name: DAVID R. BROWN  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX1564  
Money Market Account (Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/11 | 9 | JOSEPH AND CONSTANCE CARUSO 495 E Park Manor CourtElmhurst, IL 60126 | | 1241-000 | $10,000.00 | | $10,000.00 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $24.58 | $9,975.42 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $22.12 | $9,953.30 |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $22.12 | $9,931.18 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $22.12 | $9,909.06 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $22.12 | $9,886.94 |
| 02/03/12 | | Transfer to Acct # XXXXXX3507 | Bank Funds Transfer | 9999-000 | | $9,886.94 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $9,886.94 |
| Subtotal | $10,000.00 | $113.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $113.06 |

Page Subtotals: $10,000.00    $10,000.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-00764 | Trustee Name: DAVID R. BROWN |
| Case Name: CANDACE L. KOGOS | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3507 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7744 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/20/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1564 | Bank Funds Transfer | 9999-000 | $9,886.94 | | $9,886.94 |
| 11/29/12 | 101 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROADSUITE 330WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | $1,750.00 | $8,136.94 |
| 11/29/12 | 102 | CLERK, U.S. BANKRUPTCY COURT 7th Floor, Federal Building219 South Dearborn StreetChicago, IL 60604 | Filing fee; adversary # 10-01318 | 2700-000 | | $250.00 | $7,886.94 |
| 11/29/12 | 103 | SPRINGER, BROWN & DAVIS, LLC400 South County Farm RoadSuite 330Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | $4,670.50 | $3,216.44 |
| 11/29/12 | 104 | ALLIANCE CLINICAL ASSOC S 7 Blanchard CircleSuite 201Wheaton IL 60187 | Claim 1, Payment 7.84097% | 7100-000 | | $210.53 | $3,005.91 |
| 11/29/12 | 105 | PAUL KOGOS c/o Jaimie Kogos40W770 Stoneridge CourtElgin IL 60123 | Claim 2, Payment 7.84167% | 7100-000 | | $47.05 | $2,958.86 |
| 11/29/12 | 106 | JAIMIE KOGOS 40W770 Stoneridge CourtElgin, IL 60124 | Claim 3, Payment 7.84100% | 7100-000 | | $1,273.98 | $1,684.88 |
| 11/29/12 | 107 | DICKINSON FINANCIAL, LLC AS SUCCESSOR IN INTEREST TO US BANKC/O MESSERLI & KRAMER, PA3033 CAMPUS DR, STE 250PLYMOUTH, MN 55441 | Claim 5, Payment 7.84098% | 7100-000 | | $991.01 | $693.87 |
| 11/29/12 | 108 | US DEPT OF EDUCATION P O Box 5609Greenville TX 75403 | Claim 6, Payment 7.84097% | 7100-000 | | $458.64 | $235.23 |
| 11/29/12 | 109 | JOEY CARUSO 1636 Berwyn AvenueChicago IL 60640 | Claim 8, Payment 7.84100% | 7100-000 | | $235.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,886.94 | $9,886.94 |
| Less: Bank Transfers/CD's | $9,886.94 | $0.00 |
| Subtotal | $0.00 | $9,886.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,886.94 |

| | | |
|---|---|---|
| Page Subtotals: | $9,886.94 | $9,886.94 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1564 - Money Market Account (Interest Earn | $10,000.00 | $113.06 | $0.00 |
| XXXXXX3507 - Checking Account | $0.00 | $9,886.94 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:                                $0.00          $0.00